**Huntley RUFF, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40437.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1988.

Huntley Ruff, Jefferson City, pro se.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and
MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief, sought pursuant to Rule 27.-26.

JUDGMENT AFFIRMED. Rule 84.-16(b).

**STATE of Missouri, Respondent,**

v.

**Clifford WILLIAMS, a/k/a Richard Oliver, Appellant.**

**No. WD 40237.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1988.

Jim Lynn, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and
MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for two counts of passing bad checks, in violation of § 570.120, RSMo 1986.

JUDGMENT AFFIRMED. Rule 30.-25(b).